IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

E.H., BY AND THROUGH HIS NEXT FRIEND,
LULA HENRY; J.P., BY AND THROUGH HIS
NEXT FRIEND, JOE NEMEKA PAIGE;
ON BEHALF OF THEMSELVES AND
ALL SIMILARLY SITUATED STUDENTS                                              PLAINTIFFS

VS.                                                        CIVIL ACTION NO. 3:12cv474-DPJ-FKB

MISSISSIPPI DEPARTMENT OF EDUCATION                                            DEFENDANT

## AGREED ORDER OF DISMISSAL

This matter is before the Court on the joint *ore tenus* motion of Plaintiffs E.H. and J.P, and Defendant Mississippi Department of Education ("MDE") for the dismissal of this action with prejudice. The Court, having duly considered said motion and being fully advised in the premises, finds that this motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiffs' claims against MDE are hereby dismissed with prejudice, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 11th day of September, 2015.

                                                                  s/ *Daniel P. Jordan III*
                                                                  UNITED STATES DISTRICT JUDGE